**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| CLIFFORD ONEAL CALVIN, ) | |
|          Plaintiff, ) | |
| vs. ) | 1:06-cv-643-SEB-WTL |
| ) | |
| BRAD ELLSWORTH, SHERIFF, ) | |
| ) | |
|          Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 08/22/2007

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jean Marie Blanton
ZIEMER STAYMAN WEITZEL & SHOULDERS
jblanton@zsws.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com

Clifford Oneal Calvin
#890377
Putnam County Correctional Facility
1946 West US Highway 40
Greencastle, IN 46135